## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD ADAMSON AND BILLY GRAVES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No.  18-CV-432-CVE-JFJ |
| UNION PACIFIC RAILROAD AND LLOYD PLYMALE, | )<br>)<br>) |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT

The parties in the above-referenced case hereby notify the Court that they have reached a settlement in principal, and submit this Joint Notice of Settlement.  The parties, through counsel, have agreed upon terms to settle this matter.  The parties are diligently working to finalize a confidential settlement agreement and will be filing a dismissal with prejudice with the Court.

    Respectfully submitted,
/s/  Jacquelyn V. Clark
Jacquelyn V. Clark
**Union Pacific Railroad**
1400 Douglas Street
STOP 1580
Omaha, NE 68114
Phone:  402-544-3078
Email: jvclark@up.com

/s/  Brendan McHugh
Brendan McHugh
P.O. Box 1392
Claremore, OK 74018
Phone: 918-608-0111
Fax: 918-803-4910
Email:  bmcq1990@gmail.com and
Brendan@lawinok.com

**NOTICE OF SETTLEMENT**
Page **1** of **2**

## Certificate of Service

The undersigned certifies that on this 20th day of November, 2019, the foregoing was filed via the Court's Electronic Filing System, and service made via the same, to:

Brendan McHugh
P.O. Box 1392
Claremore, OK 74018
Phone: 918-608-0111
Fax: 918-803-4910
Email: bmcq1990@gmail.com and Brendan@lawinok.com

/s/ *Jacquelyn V. Clark*